**United States District Court**
**Northern District of New York**

# JUDGMENT

**UNITED STATES OF AMERICA**

**Plaintiff**

VS.                                        **5:06-CV-578 (NAM) (GJD)**

**$1,073,200.00 IN UNITED STATES CURRENCY**

**Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court.
        The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


That the motion by claimant Jerome Honyoust Rockwell to dismiss the verified
complaint for forfeiture in rem for lack of subject matter jurisdiction is granted and
the complaint is dismissed.


All of the above pursuant to the Order of the Honorable Chief Judge Norman A.
Mordue dated the 30th day of March, 2007.




**MARCH 30, 2007**                        **LAWRENCE K. BAERMAN**
_____               _____
**DATE**                                  **CLERK OF COURT**

                                          **s/**
                                          _____

                                          **JOANNE BLESKOSKI**
                                          **DEPUTY CLERK**