**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

      **v.**

**$1,073,200.00 IN UNITED STATES CURRENCY,**

       **Defendant.**

_____

**5:06-CV-578**
**(NAM/GJD)**

**APPEARANCES:**

Office of James R. McGraw
333 East Onondaga Street
Syracuse, NY 13202
For Claimant Jerome Honyoust Rockwell

Glenn T. Suddaby, United States Attorney
Office of United States Attorney - Albany
445 Broadway
218 James T. Foley U.S. Courthouse
Albany, NY 12207-2924

**OF COUNSEL:**

H. Dana VanHee, Esq.

Thomas A. Capezza,
Assistant United States Attorney

**Hon. Norman A. Mordue, Chief U.S. District Judge:**

**ORDER**

The parties agreed during the telephone conference held on October 16, 2007, that

Claimant Jerome Honyoust Rockwell is entitled to the return of $534,976.14 with interest

pursuant to 28 U.S.C. § 2465.  Accordingly, it is hereby

ORDERED that the United States of America return $534,976.14 with interest pursuant to

28 U.S.C. §2465 to Claimant Jerome Honyoust Rockwell.

IT IS SO ORDERED.

Date:  October 23, 2007

Norman A. Mordue
Chief United States District Court Judge