**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

           **v.**

**$1,073,200.00 IN UNITED STATES CURRENCY,**

       **Defendant.**

_____

**5:06-CV-578**
**(NAM/GJD)**

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Office of James R. McGraw<br>333 East Onondaga Street<br>Syracuse, NY 13202<br>For Claimant Jerome Honyoust Rockwell | H. Dana VanHee, Esq. |
| Glenn T. Suddaby, United States Attorney<br>Office of United States Attorney - Albany<br>445 Broadway<br>218 James T. Foley U.S. Courthouse<br>Albany, NY 12207-2924 | Thomas A. Capezza,<br>Assistant United States Attorney |

**Hon. Norman A. Mordue, Chief U.S. District Judge:**

### AMENDED ORDER

The parties agreed during the telephone conference held on October 16, 2007, that Claimant Jerome Honyoust Rockwell is entitled to the return of $524,976.14 with interest pursuant to 28 U.S.C. § 2465. Accordingly, it is hereby

ORDERED that the United States of America return $524,976.14 with interest pursuant to 28 U.S.C. §2465 to Claimant Jerome Honyoust Rockwell.

IT IS SO ORDERED.

Date: October 30, 2007

_____

Norman A. Mordue
Chief United States District Court Judge